UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BIDART BROTHERS, | ) | |
| | ) | 1:03-CV-05925 OWW DLB |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| THE CALIFORNIA TABLE GRAPE COMMISSION, | ) | |
| Defendants. | ) | |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41(a)(1),

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

Dated:   **January 25, 2011**              **/s/ Oliver W. Wanger**
                              UNITED STATES DISTRICT JUDGE

1